**Short Biography**
**Francisco J. De Caso Basalo, Ph.D., LEED A.P., M. ASCE, M. ACI**

Dr. De Caso received his M.Eng. in Civil and Architectural Engineering from the University of Bath, England (UK) in 2007 with a first class honors, and his Ph.D. in Civil Engineering from the University of Miami in 2010, where he currently is a full time Principal Scientist. Dr. De Caso's area of research is in civil and structural engineering, including material testing and analysis of conventional and innovative structures, systems and technologies applied to the built environment. These activities encompass a spectrum of expertise related to understanding and behavior of materials and systems, characterization of different physical and mechanical material parameters, the effect of aging and durability in materials, performance requirements, as well as application of design related aspects of structures, elements, and the built environment.

Dr. De Caso was appointed in 2013 as the Associate Director of the Center for Integration of Composites into Infrastructure (CICI), which is a National Science Foundation Industry/University cooperative research center involved in technology transfer of composite systems for infrastructure applications. Among his responsibilities he actively consults and advises numerous industry sector companies in the area of materials, structures and design. He is actively engaged in sponsored research from federal, state agencies, and private industries.

As an active member of numerous professional organizations dedicated to the development as well as review of test methods, standards, guidelines and codes; Dr. De Caso is part of the ASTM international, International Code Council Evaluation Service (ICC-ES), American Concrete Institute (ACI), and American Society of Civil Engineers (ASCE); where he participates in numerous committees and sub-committees with the objective of developing and reviewing the body of knowledge in the areas of materials and structures.

Lastly, Dr. De Caso is the manager and quality manager of the Structures and Materials Laboratory, an International Organization for Standardization (ISO) 17025 accredited laboratory that performs testing and evaluation on a variety of different materials and structures related to the built environment. Attached is Dr. De Caso's CV, containing the education and licenses, participation in professional organizations, as well as published conference and peer reviewed papers, his participation as a reviewer in high impact journal publications, relevant awards, research projects and other relevant information to demonstrate qualifications to render professional expert opinions in the case under consideration.

# Curriculum Vitae of

## Francisco J. De Caso Basalo, Ph.D., LEED A.P., M. ASCE, M. ACI, CXLT

**1. Date:** June 2019

<u>PERSONAL</u>

**2.**  **Name**
Francisco J. De Caso Basalo

**3.**  **Phone (Cell)**
305-450-9291

**4.**  **Email**
fdcb@fdcbengineering.com

**5.**  **Address**
5804 Leonardo St. Coral Gables, FL 33146

**6.**  **Academic Rank**
Principal Scientist

**7.**  **Primary Department**
Civil, Architectural & Environmental Engineering

**8.**  **Secondary or Joint Appointments**
Associate Director, National Science Foundation (NSF) Industry/University Cooperative Center for Integration of Composites into Infrastructure (CICI).

Manager and Quality Manager, College of Engineering, Structures and Materials Laboratory (SML), International Organization Society (ISO) 17025 Accredited laboratory

**9.**  **Citizenship**
Nationality: Spanish

**10.**  **Visa Type**
Permanent Resident

## HIGHER EDUCATION

**11.    Institutional**
University of Miami, Coral Gables, FL; Ph.D. in Civil Engineering; December 2010
University of Bath, England, First Class Honors MEng in Civil & Architectural Engineering; June 2007

**12.    Non-Institutional**
N/A

**13.    Certification**
*Certified XL Tribometrist*, CXLT (2018)
Green Belt Six Sigma Certified (2016)
Leadership in Energy and Environmental Design, Accredited Professional (LEED A.P.) (2009), Florida.
American Sailing Association, ASA Sailing and Power Boat Instructor (2010)

## EXPERIENCE

**14.    Academic**

College of Engineering, Univ. of Miami, Coral Gables, FL; Principal Scientist; January 2019 – Present.

College of Engineering, Univ. of Miami, Coral Gables, FL; Associate Scientist; September 2015 – December 2018.

Department of Civil, Architectural and Environmental Engineering, Univ. of Miami, Coral Gables, FL; Research Assistant Professor; December 2013 – August 2015.

Associate Director, NSF Industry/University Cooperative Center for Integration of Composites into Infrastructure (CICI), University of Miami, Coral Gables, FL; March 2013 - present.

Department of Civil, Architectural and Environmental Engineering, Univ. of Miami, Coral Gables, FL; Postdoctoral Associate Scholar, University of Miami, Coral Gables, FL; February 2013 - December 2013.

School of Architecture, Univ. of Miami, Coral Gables, FL; Lecturer; January 2012 – December 2013.

Department of Civil, Architectural and Environmental Engineering, Univ. of Miami, Coral Gables, FL; Adjunct Assistant Professor; January 2011 – February 2013.

The Reinvention Center, Univ. of Miami, Coral Gables, FL; Graduate Fellow; June – October 2009.

Department of Civil, Architectural and Environmental Engineering, Univ. of Miami, Coral Gables, FL; Research Assistant, August 2009 - December 2010.

Department of Civil, Architectural and Environmental Engineering, Univ. of Miami, Coral Gables, FL; Teacher Assistant, August 2007- 2009.

Pavement Research Centre, UC Berkeley & Davis, CA; Research fellow; July 2005 – February 2006

**15.    Non-Academic**

Founder and Owner, FDCB Engineering Sole Proprietorship, Consulting; January 2015 - Present

Laboratory Manager (secondary appointment), Structures and Materials Laboratory (SML), Department of Civil, Architectural and Environmental Engineering, Univ. of Miami, Coral Gables, FL; August 2012 - present

Buro Happold, Bath, England; Project Engineer; July – October 2006.

Studio ING Franco Pianon & Associati, Venice, Italy; Assistant Project Manager; Grand Hilton Hotel Molino Stucky site;  - January - October  2004.

Bovis Lend Lease - Bath, England; Site Engineer; April 2003 – December 2003

Setpoint, Bath, England; Engineering Ambassador; October 2002 – August 2007.

**16.    Expert Testimony**

| Plaintiff v Defendant | Case/Filing No. | Date |
|---|---|---|
| Aurelia Smith* v Carnival Corporation | 1:15- cv-24793 | July, 2016 |
| Leigh Ann Marshall* v. Royal Caribbean Cruises LTD | 16-CV-21140 | August, 2016 |
| Alisah Parrish* v. Carnival  Corporation | 1:16-CV-22070 | December, 2016 |
| John Mazzara* v. NCL (BAHAMAS) LTD. | 1:16-CV-24007 | January, 2017 |
| Judith M. Perry v. Oceania Cruises, INC.* | 1:16-CV-23944 | January, 2017 |
| Bonnie Rader* v. NCL (BAHAMAS) LTD. | 1:16-CV-23390 | January, 2017 |
| Jeffery Fehlman* v. Celebrity Cruises, INC. | 1:16-CV-24257 | February, 2017 |
| Donna Padula v. Carnival  Corporation* | 1:16-CV-23862 | April, 2017 |
| Soo Ko* v. MSC Cruises S.A. | 1:17-cv-60092 | June, 2017 |
| Angela Alvarez* v. JC Penny & Westland Mall | n/a | July, 2017 |
| Judith Sololow* v. Latin House Grill, LLC | 45416416 | December, 2017 |
| Cheryl Milbrat* v. NCL (BAHAMAS) LTD | 1:17-CV-22071 | December, 2017 |

| Plaintiff v Defendant | Case/Filing No. | Date |
|---|---|---|
| Diane Williford* v. Carnival Corporation | 1:17-CV-21992 | February, 2018 |
| Corinne Piccinetti* v. MSC Cruises S.A. | 18-20771-CV-FAM | February, 2018 |
| Michael Monett* v. Kenneth Frederick | n/a | April, 2018 |
| Claudia Faynik* v. Magical Cruises LTD | 6:17-CV-01282 | April, 2018 |
| Kevin Gaines* v. Carnival Corporation | 17-CV-24179 | June, 2018 |
| Juan Monteagudi* v. Villa Dorada Condo. Assoc. INC | 12-23554 CA 15 | June, 2018 |
| Seifert (C.S. Minor)* v. Carnival Corporation | 17-CV-23166 | July, 2018 |
| Nicole D. Shaw* v. BO's Fish Wagon | n/a | July, 2018 |
| Deborah Armstrong* v. MSC Cruises S.A. | 18-CV-60691 | October, 2018 |
| Thomas Casale* v. Royal Caribbean Cruises LTD | 18-CV-22066 | October, 2018 |
| Debre Bolger* v. Pembroke Falls HOA INC. | n/a | December, 2018 |
| Cynthia Headley* v. Excell Refrigeration and Costco | n/a | April, 2019 |
| Mercedes Terreros* v. Island Hospitality | n/a | May, 2019 |

*(\*indicates party represented)*

## PUBLICATIONS

**17.    Books and Monographs Published**
1. ICC Evaluation Services, "Acceptance Criteria for Glass Fiber–Reinforced Polymer (GFRP) Bars for Internal Reinforcement of Concrete Members," AC454, ICC Evaluation Services, Inc., Los Angeles, CA, 2014. (Contributing Author)
2. ICC Evaluation Services, "Acceptance Criteria for Masonry and Concrete Strengthening Using Fiber-reinforced Cementitious Matrix (FRCM) Composite Systems," AC434, ICC Evaluation Services, Inc., Los Angeles, CA, 2013. (Contributing Author)

**18.    Juried or Refereed Journal Articles and Exhibitions**
**Articles published in refereed journals**
3. Gooranorimi, O., De Caso y Basalo, F. J., Claure, G., Nanni, A., Suaris, W. (in press). Post-Fire Behavior of GFRP Bars and GFRP-RC Slabs. Journal of Materials in Civil Engineering.
4. Pino, V., Hadad, H., De Caso y Basalo, F. J., Nanni, A., Bead, U. A., El Refai, A. (2017). Performance of FRCM-Strengthened RC Beams Subject to Fatigue. Journal of Bridge Engineering, ASCE.
5. Donnini, J., De Caso y Basalo, F. J., Corinaldesi, V., Nanni, A. (2016). Fabric-reinforced cementitious matrix behavior at high-temperature: Experimental and numerical results. Composites Part B Engineering
6. Babaeidarabad, S., De Caso, F., and Nanni, A. "Out-of-Plane Behavior of URM Walls Strengthened with Fabric-Reinforced Cementitious Matrix (FRCM) Composite," Journal of Composites for Construction, Accepted, November 2013.
7. Babaeidarabad, S., De Caso, F., and Nanni, A. "URM Walls Strengthened with Fabric-Reinforced Cementitious Matrix (FRCM) Composite Subjected to Diagonal Compression," Journal of Composites for Construction, Accepted. DOI: 10.1061/ (ASCE) CC.1943-5614.0000441, 2013.
8. De Caso y Basalo, F., F. Matta, and A. Nanni "Fiber Reinforced Cement-Based Composite System for Concrete Confinement," Construction and Building Materials, July 2012, Vol. 32, pp. 55-65.
9. Nardone, F., M. Di Ludovico, F. De Caso y Basalo, A. Prota and A. Nanni, "Tensile Behavior of Epoxy Based FRP Composites under Extreme Service Conditions," Composites Part B, April 2012, Vol. 43, pp. 1468–1474.
10. De Caso y Basalo, F., F. Matta and A. Nanni, "Novel Test Method for Ultimate Hoop Strain Characterization in FRP Jackets," ASCE Journal for Materials in Civil Engineering, Vol. 23, No. 12, Dec. 2011, pp. 1633-1641.

**Articles published in refereed proceedings**
1. Loreto, G., De Caso y Basalo, F. J., Babaeidarabad, S. (2016). Evaluation of Fabric-Reinforced-Cementitious-Matrix (FRCM) Confined Reinforced Concrete Columns. 7th International Conference on Advanced Composite Materials in Bridges and Structures.
2. Pino, V., Hadad, H., De Caso y Basalo, F. J., Nanni, A., Ebead, U. A., El Refai, A. (2016). Long-Term Performance of FRCM Strengthened RC Beams Subject to Fatigue. Las Vegas, Nevada: SCMT4, Fourth International Conference on Sustainable Construction Materials and Technologies.
3. Gooranorimi, O., De Caso y Basalo, F. J., Clare, G., Nanni, A., Suaris, W. (2016). Residual Fire Resistance of GFRP Reinforced Concrete Elements. Las Vegas, Nevada: SCMT4, Fourth International Conference on Sustainable Construction Materials and Technologies.
4. Khatibmasjedi, M., De Caso y Basalo, F. J., Nanni, A. (2016). SEACON: Redefining Sustainable Concrete. Las Vegas, Nevada: SCMT4 4th international conference in Sustainable Construction Materials and Technologies.
5. De Caso y Basalo, F. J., Arboleda, D. M., Nanni, A. (2016). Comportamiento De Materiales Compuestos A Base De Matriz Cementicia Reforzada Con Tejido (FRCM) Con Capas Multiples. REHABEND-16, Patologia de la Construccion Technologia de la Rehabilitacion y Gestion del Patrimonio.
6. Donnini, J., De Caso y Basalo, F. J., Corinaldesi, V., Nanni, A. (2016). Evaluation of FRCM

Strengthening System At High-Temperatures. REHABEND-16, Patologia de la Construccion Technologia de la Rehabilitacion y Gestion del Patrimonio.
7. Jacopo, D., De Caso y Basalo, F. J., Corinaldesi, V., Nanni, A. (2016). Evolution of FRCM Strengthening Systems: Fabric Coating Bond Enhanced. REHABEND-16, Patologia de la Construccion Technologia de la Rehabilitacion y Gestion del Patrimonio.
8. De Caso y Basalo, F. J., Claure, G., Nanni, A. (2015). Evaluation of Fire-Exposed GFRP-RC Slabs. Nanjing, China: FRPRCS-12, 12th International Symposium on Fiber Reinforced Polymer Reinforcement for Concrete Structures.
9. De Caso y Basalo, F. J., Claure, G., Nanni, A. (2015). GFRP Hollow-Core Rebars for Concrete Beams. Nanjing, China: FRPRCS-12, 12th International Symposium on Fiber Reinforced Polymer Reinforcement for Concrete Structures.
10. De Caso y Basalo, F. J., Claure, G., Nanni, A. (2015). GFRP Hollow-Core Bars as Internal Reinforcement for Concrete Slabs. Cambridge, UK: 7th biennial Advanced Composites in Construction
11. Claure, G., F. de Caso y Basalo, and A. Nanni, "GFRP Hollow-core Bars as Reinforcement for Concrete Beams," CAMX 2014, Orlando FL, October 13-16, 2014, No. 47571, pp. 1231-1244
12. Babaeidarabad, S., D. Arboleda, De Caso y Basalo, F.J., and A. Nanni, "FRCM: Tecnología de Refuerzo para Muros de Mampostería No Reforzada (URM) Sometidas a Cargas Fuera del Plano" REHABEND 2014: Congreso Latinoamericano sobre Patología de la Construcción, Tecnología de la Rehabilitación y Gestión del Patrimonio: Santander (Spain) 1-4 April, 2014. Eds.: L. Villegas, I. Lombillo, C. Liano, and H. Blanco, pp. 1145-1155.
13. Babaeidarabad, S., De Caso y Basalo, F.J., Pascucci, G., and A. Nanni, "Comportamento di Muri Rinforzati con FRCM Soggetti a Carico in Piano," REHABEND 2014: Congreso Latinoamericano sobre Patología de la Construcción, Tecnología de la Rehabilitación y Gestión del Patrimonio: Santander (Spain) 1-4 April, 2014. Eds.: L. Villegas, I. Lombillo, C. Liano, and H. Blanco, pp. 1684-1692.
14. Arboleda, D., De Caso y Basalo, F. J, and Nanni, A., "Caracterización y Durabilidad de Materiales Compuestos a Base de Matriz Cementicia Reforzada con Tejido (FRCM)," REHABEND 2014: Congreso Latinoamericano sobre Patología de la Construcción, Tecnología de la Rehabilitación y Gestión del Patrimonio: Santander (Spain) 1-4 April, 2014
15. Babaeidarabad, S., De Caso, F., and Nanni, A. "Out-of-Plane Behavior of Unreinforced Masonry Walls Strengthened with Fabric-Reinforced-Cementitious Matrix (FRCM)," Zero Energy Mass Customization Housing, ZEMCH, International conference, October 2013, University of Miami, Miami, 2013
16. De Caso y Basalo, F.J., and A. Nanni, "Evaluation of GFRP Strain Efficiency with a Novel Experimental Test Method," 6th International Conference on FRP Composites in Civil Engineering, CICE 2012, Rome, Italy, June 13, 2012.
17. De Caso y Basalo, F.J., A. Nanni and T. Ibell, "Investigation of Circumferential - Strain Experimental Methodology for FRP Characterization," 5th Advanced Composites in Construction, 6-8 September 2011, University of Warwick, UK, pp. 289-298
18. De Caso y Basalo, F.J., and A. Nanni , "Experimental modelling of FRP confined concrete using ICE methodology." American Concrete Institution Spring Convention. Tampa, FL; April 2011.
19. De Caso y Basalo, F.J., Matta, F., and A. Nanni , "Basalt fiber reinforced cementitious-matrix composites: green concrete rehabilitation systems." American Concrete Institution Spring Convention. Tampa, FL; April 2011
20. De Caso y Basalo, F., Matta, F., and Nanni, A., "Fiber Reinforced Cementitious Matrix Composites for Infrastructure Rehabilitation," 9th International Symposium on Fiber Reinforced Polymer Reinforcement for Concrete Structures (FRPRCS-9), D. Oehlers, M. Griffith and R. Seracino, Eds., July 13-15, 2009, Sydney, Australia, CD-ROM, 4 pp.
21. De Caso y Basalo, F.J., A. Nanni and J. James, "Qualitative and Quantitative Environmental Impact Analysis of BFRC (Basalt Fiber Reinforced Cementitious-Matrix) Versus GFRP (Glass Fiber Reinforced Polymer): Green Building Construction Rehabilitation Systems," Engineering Sustainability 2009, Pittsburgh, PA April 19-21, 2009.
22. De Caso y Basalo, F., Matta, F., and Nanni, A., "Fiber Reinforced Cementitious Matrix

Composites for Rehabilitation of Reinforced Concrete Columns," American Composites Manufacturers Association - Composites & Polycon 2009, January 15-17, 2009, Tampa, FL.

**19.    Other Works, Publications, and Abstracts**
1. De Caso y Basalo, F.J. Basalt fiber reinforced cementations-matrix composites (BFRC) for infrastructure repair." National Science Foundation Research and Innovation Conference, CMMI; poster presentation; Honolulu, HI; June 2009.
2. De Caso y Basalo, F.J. University of Miami Citizens Board, "Advance Composites for Infrastructure Repair" Research and Creativity Forum; poster presentation; Coral Gables, FL; 2008

**20.    Other Works Accepted for Publication**
1. De Caso, F.J; Ekenel, M; Nanni, A. "Acceptance Criteria for Alternative Construction Materials and their Role in the International Existing Building Code (IEBC)" ICRI May/June 2015, Concrete Repair Bulletin, the bimonthly publication of the International Concrete Repair Institute (ICRI)

<u>PROFESSIONAL</u>

**21.** **Funded Research Performed**
**Research projects completed**
De Caso y Basalo, F. J. (Co-Investigator), "I/UCRC Center for the Integration of Composites into Infrastructure (CICI)," Sponsored by NSF, $315,000.00. (July 15, 2014 - July 14, 2019).
De Caso y Basalo, F. J. (Collaborator), Nanni, A., "UTC - Research on Concrete Applications for Sustainable Transportation (RE-CAST)," Sponsored by US DOT, $250,000.00. (September 30, 2013 - September 30, 2015).
"Repair of Damaged PC Girders with FRCM and FRP Composites" VDOT via Virginia Tech, A. Nanni, PI, $44,800,Awarded, 01/01/2014-12/31/2014
""I/U CRC Center for the Integration of Composites into Infrastructure (CICI)," NSF, $315,000, A. Nanni, PI, Awarded, 7/15/2009-07/14/2014
"Fundamental Research Supplement: I/U CRC for Repair of Buildings and Bridges with Composites - RB2C: Continuing Grant," NSF, $100,000, Aug. 2007-08
"I/U CRC for Repair of Buildings and Bridges with Composites - RB2C: Continuing Grant," NSF, $166,156, A. Nanni, Feb. 2007- July 2009
**Research projects in progress**
"I/U CRC Center for the Integration of Composites into Infrastructure (CICI)," NSF, $315,000, A. Nanni, PI, Awarded, 07/15/2014-07-14/2019
"UTC - Research on Concrete Applications for Sustainable Transportation (RE-CAST)," US DOT, Missouri University of Science and Technology prime awardee, UM share $250,000, A. Nanni, PI, Awarded, 9/30/2013-09/30/2015

**22.** **Editorial Responsibilities**
Reviewer, Journal of Reinforced Plastics and Composites, 2014 - present
Reviewer, Elsevier Editorial System, Structures, 2013 – present
Reviewer, Journal of Bridge Engineering, 2013 – present
Reviewer, Association of Collegiate Schools of Architecture, 2013 - present
Reviewer, Journal of Construction & Building Materials (ASCE), 2013 – present
Reviewer, Composite Materials (ASTM), 2012 - present
Reviewer, Journal of Composites for Construction (ASCE), 2011 - present
Reviewer, Construction and Building Materials, 2011-present
Reviewer, Journal of Materials in Civil Engineering (ASCE), 2011-present

**23.** **Professional and Honorary Organizations**
**Membership**
Member, International Institute for FRP in Construction, 2010-present
Member, International Concrete Repair Institute, 2010-present
Member, American Concrete Institute, 2009-present
Member, American Society for Testing and Materials, 2008-present
Member, American Society of Civil Engineers, 2007-present
Member, Society of Hispanic Professional Engineers, 2007-2010
Member, Institution of Civil Engineers, 2002-2008
Member, Institution of Structural Engineers, 2003-2008
Executive Board, University of Miami, Graduate Student Association
**Active Participation**
External Specialist, International Code Council Evaluation Service (ICC-ES)
Member, ACI Technical Committee 440 – FRP Bar and Tendon Reinforcement, 2013-present
Member, ASTM Committee D30, Composite Materials, 2011-present
Member, ASTM Committee C9, Concrete and Concrete Aggregates, 2007 -2011

24. **Honors and Awards**
    Co-Recipient, Project of the Year, American Society of Civil Engineers Miami-Dade. (2017)
    Co-Recipient, SCMT4 Winning Paper Award, Fourth International Conference on Sustainable Construction Materials and Technologies. (2016)
    Recipient, Eliahu I. Jury Excellence in Service Innovation Award, Univ. of Miami College of Engineering. (2015)
    Recipient, Graduate Student Award, Graduate Student Association, University of Miami, 2010.
    Recipient, June 2009, National Science Foundation CMMI Travel Scholarship.
    Recipient, April 2009, National Science Foundation Engineering Sustainability Scholarship.
    Recipient, January 2009, Composites + Polycon, American Composites Manufactures Association Student Award.
    Recipient, Research and Creativity Forum, 2008 Citizens Board, University of Miami. Second place Engineering.
    Recipient, June 2006, Happold Trust Travel Scholarship, Buro Happold, Bath, England.

25. **Post Doctoral Fellowships**
    Fellow, NSF Industry/University Cooperative Research Center (I/UCRC) for the Integration of Composites into Infrastructure (CICI), University of Miami, Coral Gables, FL; February 2013 – December 2013.

26. **Other Professional Activities**
    **Description of speaking engagements or other activities**
    Member, International Scientific Committee, REHABEND – Congreso Latinoamericano sobre la Patología De La Construcción, Tecnología De La Rehabilitación y Gestion del Patrimonio, 2014
    Strategic developer of compliance with ANS/ISO/IEC Standard 17025:2005 accreditation for the Structures and Materials Laboratory (SML), Department of Civil, Architectural and Environmental Engineering, Univ. of Miami, Coral Gables, FL.

# TEACHING

**27.   Teaching Awards Received**
N/A

**28.   Teaching Specialization**
**Courses Taught**
<u>University of Miami</u>
CAE 210 – Mechanics of Solids I
CAE 212 – Structures and Materials Laboratory
CAE 371 – Geotechnical Engineering Laboratory
CAE 395 – Research Experience for Undergraduates
CAE 590 – Infrastructure Strengthening with Composites
ARC 204 – Architectural Design Studio
ARC 531 – Advance Building Technology I
ARC 532 – Advance Building Technology II

**29.   Thesis and Dissertation Advising/Post-doctoral student supervision**
Dissertation Committee Member
Advised: Alvaro Ruiz
January 15, 2017 - Present
Advised: Houman Hadad
August 15, 2015 - Present
Advised: Seyedmorteza Khatibmasjedi
August 15, 2015 - Present
Advised: Luis A. Rodriguez
Environmental Durability and Degradation of Fiber Reinforced Bismaleimide/Quartz Composite for Aircraft Radome Applications, August 15, 2014 - October 6, 2017
Advised: Omid Gooranorimi
Investigation of Bond, Microstructure and Post-Fire Behavior of GFRP Reinforcement for Concrete, 2013 - May 2016
Advised: Vanessa Pino
Fabric Reinforced Cementitious Matrix (FRCM) Composites as a Repair System for Transportation Infrastructure, 2013 - May 2016
Advised: Guillermo Claure
Behavior of GFRP Hollow-core Bars in RC Beams and Slabs, 2013 - December 2015
Advised: Francesca Dello Monaco
Durability of Externally Bonded CFRP Subjected to Accelerated Conditioning, September 1, 2014 - July 27, 2015
Advised: Diana Arboleda
Fabric Reinforced Cementitious Matrix (FRCM) Composites for Infrastructure Strengthening and Rehabilitation: Characterization Methods, 2011 - 2014
Advised: Adane Abegaz
Advanced Fiber Reinforced Composites as confining systems for RC columns, 2011 - December 2013
Advised: Saman B. Darabad
Behavior of URM Walls Strengthened with Fabric-Reinforced Cementitious Matrix (FRCM) Composite Subjected to In-Plane and Out-of-Plane Load, 2011 - December 2013
Master's Thesis Committee Member
Advised: Paolo Rocchetti
RC Traffic Barrier with GFRP Reinforcement, 2016 - 2017
Advised: Zahra Karim
Durability study of Fabric Reinforced Polymer (FRP) composites used for external bonding, 2012 - 2016
Advised: Lorenzo Urbinati

Analysis of Simulation Models for Dry Fabric Reinforced Cementitious Matrix (FRCM) Composites, 2014 - 2015
Advised: Valentino Rinaldi
Design of GFRP Reinforcement for Concrete Bridge Structural Components, September 1, 2014 - August 8, 2015
Supervised Research
Advised: Stefania Mazzuca
September 1, 2016 - February 1, 2017
Advised: Marco Rossini
2015
Advised: Thomas Cadenazzi
2015
Advised: MacKenzie Cerjan, Chloe Treaster, Traci McStay, Arguelles Maria, Kyra Williams
2014 - 2015
Advised: Mauro Moro, Mesaglio Giacomo, Angiolo Berneschi, Michele Montesi, Federica Selicato
2014 - 2015
Advised: MacKenzie Cerjan, Traci McStay, Chloe Treaster, Kyra Williams
2013 - 2014
Advised: Ana Cohen, Juan Parody, MacKenzie Cerjan, Elena P. Giraldo, Miguel Amezcua, Hannah N. McKool, Jude Perumal, Bharathi Subramanian
2012 - 2013
Advised: Miguel Amezcua, Juan Parody, MacKenzie Cerjan
2011 - 2012
Advised: Luis Torres Chavez, Nicholas Feldt, Reem Madkour
2009 - 2010
Advised: Thomas Makowski, Josenrique Cueto, Bailey Lozner, Monica Maher, Michael Calamares
2007 - 2008
Supervised Teaching Activity
Advised: Daniela Delgado, Omar De Leon, Josenrique Cueto, Michael Calamaras, Renee Lozner, Monica Maher, Thomas Makowski
2008 - 2009

## SERVICE

**30.  University Committee and Administrative Responsibilities**
    **Universities**
    <u>University of Miami</u>
    Advisor, American Concrete Institute - UM Chapter. (2016 - Present)
    Advisor, Graduate Engineering Student Council, College of Engineering, University of Miami. (2013 - Present).
    Task Group Member, Hemespheric Innovation Hub Task Group. (2016).
    Board of Directors, College of Engineering Alumni Association. (2015 - 2016).
    Member, Board of Trustees Master Planning and Construction Committee, University of Miami. (2009 - 2010).
    President, Graduate Student Association (GSA) Student Government, University of Miami. (2009 - 2010).
    Founder and Chair, Graduate Engineering Student Council, College of Engineering, University of Miami. (2008 - 2009).
    Vice President and President, Graduate Student Association (GSA) Student Government, University of Miami. (2008 - 2009).
    <u>University of Bath</u>
    Chair, Civil and Architectural Engineering Student Council, Faculty of Engineering and Design, University of Bath, 2002-2007.

**31.  Community Activities**
    Advisor, Graduate Engineering Student Council, 2014
    Advisor, Miami Moto, 2011 - 2013
    President, Graduate Student Association (GSA) Student Government, University of Miami, 2009.
    Vice-President, Graduate Student Association (GSA) Student Government, University of Miami, 2008.
    Volunteer, Sailing instructor at Castle Harbor Sailing School, Coral Gables, 2007- Present.
    Student Ambassador, College of Engineer, University of Miami, 2007-2010
    Volunteer, Gandi Day with ASCE and SHPE 2007- 2012
    Advisor, E-Week, College of Engineering, University of Miami, 2007-2010.

**Francisco J. De Caso y Basalo, Ph.D., LEED A.P.**

5804 Leonardo Street
Coral Gables, FL, 33146

Ph: 305-284-6150
Mo: 305-450-9291
fdcb@fdcbengineering.com

# *FDCB Engineering*

## CONSULTANT FEE SCHEDULE FY 2018

The compensation rates for services provided by the Consultant, Francisco J. De Caso Basalo are as follows:

- **Consultant Fees** at the rate of $ 165.00 USD per hour for all tasks performed including but not limited to testimony, analysis, assessments, inspections, calculations, conclusions, and preparation of reports.
- **Travel time** at a rate of $ 95.00 USD per hour.
- **Other expenses** incurred by the Consultant shall be reimbursed and may include but are not limited to: rental of testing equipment, shipping fees, air/train travel, lodging, taxi, car rental, parking fees, expenses associated to reproduction of documents and photographs, preparation of exhibits and other reasonable out-of-pocket expenditures shall be reimbursed at actual cost (whether or not the expense is used, for instance in the case of non-refundable advance purchases).
- **Travel by personal car** at 55 cents per mile.
- **Per Diem** meals at $ 80.00 USD per night.

1 | P a g e